EASTERN DISTRICT OF TENNESSEE

IN RE:  UNCLAIMED FUNDS                                                                                                   CHAPTER 13
     May 31 2021

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TO THE CLERK OF THE COURT

The following checks have been outstanding for more than 90 days and Pursuant to 11 U.S.C.O. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| Danny & Carlotta Woods | | | | |
| 2113800 | 023/401 | 16-10333  NWW | Cynthia Woods<br>2828 Dee Vue Lane<br>Atlanta, GA. 30763 | $14,400.00 |
| | | | Total | $14,400.00 |

Kara L. West, Trustee